UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

RICHARD ADRIAN,

                Plaintiff,                            ORDER

      v.                               Case No. 10-cv-322-wmc

WYNDHAM VACATION RESORTS,
INC.,
                Defendant.

---

      The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

      Entered this 13th day of May, 2011.

                                                William M. Conley
                                               District Judge